# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: WB Bridge Hotel LLC

Bankruptcy Case No.: 20–23288–shl

Nat Wasserstein, as Trustee of the WB Bridge Creditor Trust Trustee of the WB Bridge Creditor Trust

Plaintiff(s),

–against–

Adversary Proceeding No. 22–07055–shl

AGM Deco Inc.

Defendant(s)

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days, to:

| **Address of Clerk:** |
| --- |
| Clerk of the Court<br>United States Bankruptcy Court<br>Southern District of New York<br>300 Quarropas Street<br>White Plains, NY 10601 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney:** |
| --- |
| David J. Mahoney<br>SilvermanAcampora LLP<br>100 Jericho Quadrangle<br>Suite 300<br>Jericho, NY 11753 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| | |
| --- | --- |
| United States Bankruptcy Court<br>Southern District of New York<br>300 Quarropas Street<br>White Plains, NY 10601 | Room: Contact chambers for Zoom Meeting ID, and Password, SHL Zoom Videoconference<br><br>Date and Time: 2/6/23 at 10:00 AM |

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: 12/21/22

Vito Genna

*Clerk of the Court*

By: /s/ Arturo D. Tavarez

*Deputy Clerk*