| | |
|---|---|
| **SilvermanAcampora LLP** | Settlement Date: February 15, 2023 |
| Counsel to Nat Wasserstein, | Time: **10:00 a.m**. |
|   Trustee of the WB Bridge Creditor Trust | |
| 100 Jericho Quadrangle, Suite 300 | Objection Date: February 13, 2023 |
| Jericho, New York 11753 | Time: **4:00 p.m**. |
| (516) 479-6300 | |
| David J. Mahoney | |
| Brian Powers | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

In re:                                                                             Chapter 11

WB BRIDGE HOTEL LLC and                               Case No. 20-23288 (SHL) and
159 BROADWAY MEMBER LLC,                        Case No. 20-23289 (SHL)
                                                                                    (Jointly Administered)

                                  Debtors.
-------------------------------------------------------------------x

NAT WASSERSTEIN, as TRUSTEE of the
WB BRIDGE CREDITOR TRUST,

                                  Plaintiff,                  Adv. Pro. No.: 22-07055 (SHL)

            -against-

AGM DECO INC.,

                                  Defendant.
-------------------------------------------------------------------x

## NOTICE OF SETTLEMENT OF SCHEDULING ORDER

**PLEASE TAKE NOTICE**, Nat Wasserstein, the trustee (the "Trustee") of the WB Bridge Creditor Trust, by his counsel SilvermanAcampora LLP, will settle a proposed scheduling order (the "Scheduling Order"), in the form annexed hereto as **Exhibit A**, before the Honorable Sean H. Lane United States Bankruptcy Judge at the United States Bankruptcy Court for the Southern District of New York, located at 300 Quarropas Street, White Plains, New York 10601, for signature on **February 15, 2023 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE,** counter-proposed (black-lined) orders, if any, must be (i) electronically filed with the Bankruptcy Court, and (ii) served upon SilvermanAcampora LLP, counsel to the Trustee, 100 Jericho Quadrangle, Suite 300, Jericho, New York 11753, Attention: David J. Mahoney, to be received no later than **February 13, 2023 at 4:00 p.m.** Unless counter-proposed orders are received by that time, the annexed proposed order may be signed without further notice.

Dated: Jericho, New York
      February 8, 2023

SILVERMANACAMPORA LLP
*Counsel to Nat Wasserstein, the Trustee of the WB Bridge Creditor Trust*

By:   *s/ David J. Mahoney*
      David J. Mahoney
      Brian Powers
      Members of the Firm
      100 Jericho Quadrangle, Suite 300
      Jericho, NY 11753
      Telephone: (516) 479-6300