# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

In re:                                                                           Chapter 11

WB BRIDGE HOTEL LLC and                                   Case No. 20-23288 (SHL) and
159 BROADWAY MEMBER LLC,                              Case No. 20-23289 (SHL)
                                                                                   (Jointly Administered)

                                                Debtors.
-------------------------------------------------------------------x
NAT WASSERSTEIN, as TRUSTEE of the
WB BRIDGE CREDITOR TRUST,

                                             Plaintiff,                    Adv. Pro. No.: 22-07055 (SHL)

              -against-

AGM DECO INC.,

                                             Defendant.
-------------------------------------------------------------------x

## SCHEDULING ORDER

Upon the discovery scheduling conference conducted by the parties pursuant to Federal Rule of Civil Procedure ("FRCP") 26(f) and Federal Rule of Bankruptcy Procedure 7026 in the within adversary proceeding conducted on February 7, 2023, it is hereby

**ORDERED**, that FRCP 26(a)(1) disclosures shall be completed on or before February 28, 2023; and it further

**ORDERED**, that a status conference shall be conducted by the Court on March 23, 2023, at 10:00 a.m., at which time the Court may set a date for trial; and it is further

**ORDERED**, that all interrogatories and demands for production of documents (the "Demands") shall be served on or before March 31, 2023; and it is further

**ORDERED**, that all responses to the Demands shall be served on or before May 15, 2023; and it is further

**ORDERED**, that all depositions shall take place on or before June 30, 2023; and it is further

**ORDERED**, that all factual discovery shall be completed prior to July 31, 2023; and it is further

**ORDERED**, that in the event of a dispute over discovery, the parties' counsel shall promptly confer to attempt in good faith to resolve the dispute. If, notwithstanding their good faith efforts to do so, they are unable to resolve a discovery issue, they shall promptly inform the Court by letter of the nature of the dispute and request a telephonic discovery conference.  At the conference, the Court will ask the parties about their prior efforts to resolve the dispute.

Dated:  White Plains, New York
       February __, 2023

                                                     _____
                                                     HONORABLE SEAN H. LANE
                                                     UNITED STATES BANKRUPTCY JUDGE