

David J. Mahoney
516.479.6337
DMahoney@SilvermanAcampora.com

100 Jericho Quadrangle
Suite 300
Jericho, New York 11753

July 11, 2023

**Via PACER**
Chambers of The Honorable Sean H. Lane
Bankruptcy Court for the Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> Re:   **WB Bridge Hotel LLC and 159 Broadway Member LLC**
>       **Case Nos.  20-23288 (SHL) and 20-23289 (SHL)**

Honorable Judge Lane:

    We are the attorneys for Nat Wasserstein, the trustee of the WB Bridge Creditor Trust (the "Trustee"), in the above-referenced matter. Consistent with my email correspondence with Your Chambers, the pre-trial conference on the adversary proceeding against AGM Deco Inc. ("AGM" and together with the Trustee, the "Parties") (Adv. Pro. No. 22-07055) is adjourned from July 11, 2023 to September 6, 2023 at 10:00 a.m. All Parties have consented to this adjournment.

    Please feel free to contact me with any questions regarding the foregoing.

Very truly yours,

*s/ David J. Mahoney*

David J. Mahoney

2867164v1 / 069211.2 / CROMAN